IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| SHIRLEY A. MCKENZIE, ) | C/A No. 0:09-1059-JFA-PJG |
| Plaintiff, ) | |
| v. ) | ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Upon consideration of Defendant's Unopposed Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. §405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner will assign this case to an administrative law judge (ALJ) to hold a supplemental hearing and issue a new decision. The ALJ will obtain medical-expert testimony as to whether Plaintiff meets or equals Listing 12.05C.[2]

IT IS SO ORDERED.

December 9, 2009  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

[2] 20 C.F.R. Pt. 404, Subpt. P, App. 1, § 12.05C.